# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-542
LT Case No. 2005-CF-007474-A

_____

CEDRIC LANG,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
Adrian G. Soud, Judge.

Cedric Lang, Sneads, pro se.

No Appearance for Appellee.

September 19, 2023

PER CURIAM.

AFFIRMED.

WALLIS, EISNAUGLE, and KILBANE, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————